JOHN W. GREENWOOD, Respondent, *v.* LUKE A. BURKE & SONS COMPANY, INC., Appellant.

*Greenwood* v. *Burke & Sons Co., Inc.,* 184 App. Div. 897, affirmed. (Argued March 8, 1920; decided April 13, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 24, 1918, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff was in the employ of the city of New York inspecting work done by defendant under a contract theretofore entered into. Defendant maintained a large concrete mixer set upon wheels which at the time of the accident was in position, though not in use, close to a runway over a shaft consisting of one or two ten-inch planks. The mixer was so close to the runway that when one of the sheet iron doors of the housing over its engine swung open, it swung directly over this plank runway. On the day of the accident, while plaintiff in the course of duty and for the purpose of his inspection was standing on this runway, the iron door of the housing on the

mixer swung open, struck plaintiff and knocked him off the runway into the shaft, inflicting the injuries complained of.

*Bertrand L. Pettigrew* and *Walter L. Glenney* for appellant.

*Harry S. Austin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.